# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION
### www.flmb.uscourts.gov

IN RE:                                              CASE NO.:  3:25-bk-01017-JAB
PRIMERO SPINE AND JOINT, LLC                        CHAPTER 11
            Debtor.                   /

## AMENDMENT TO DEBTOR'S SCHEDULE A/B; D; E/F; STATEMENT OF FINANCIAL AFFAIRS

      **COMES NOW** the Debtor, PRIMERO SPINE AND JOINT, LLC, by and through their undersigned attorney, and makes the following amendment to their original SUMMARY OF SCHEDULES; SCHEDULES A/B; D; E/F; and STATEMENT OF FINACIAL AFFAIRS:

### SCHEDULE A/B

Add:
50. Other machinery            Ultrasound Machine            $13,000.00

### SCHEDULE D

Add Consideration:
Ascentium                      Ultrasound Machine            $14,347.96

### SCHEDULE E/F

Add:
Chartes Mitchell               Personal Injury Claim         $unknown
139 M Jefferson Street                                       Contingent
#408                                                         Unliquidated
Jacksonville, FL 32204                                       Disputed

## DEBTOR'S SIGNATURE AND PERJURY STATEMENT:

      I hereby declare under penalty of perjury that I have read the foregoing Amended Schedules A/B; D; E/F; Summary of Schedules; Statement of Financial Affairs and Amended Creditor Matrix and that it is true and correct to the best of my knowledge, information and belief.

Date: <u>April 30, 2025</u>                    <u>*/s/ Gabriel Busquets*</u>
                                              Gabriel Busquets
                                              President of the Debtor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Amendments to Debtor's Summary of Schedules; Schedules A/B; D; E/F; Statement of Financial Affairs and Creditors Matrix have been furnished by electronic transmission, to the Office of the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801; and Jerrett McConnell, Chapter 11 Sub V Trustee, and via either via electronic transmission or US Mail to all creditors on the attached matrix this 30 April 2025.

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Chapter 11 Bankruptcy Case; Amended Summary of Schedules and Amended Scheduled E/F has been furnished Chartes Mitchell, 139 M Jefferson Street #408, Jacksonville, FL 32204, via US Mail, Prepaid this 30 April 2025.

PARKER & DUFRESNE, P.A.
*/s/Donald M. DuFresne*
Donald M. DuFresne
Florida Bar No.: 802778
8777 San Jose Blvd., Suite 301
Jacksonville, FL 32217
Telephone: (904) 733-7766
Attorney for Debtor
bankruptcyservice@jaxlawcenter.com

Label Matrix for local noticing
113A-3
Case 3:25-bk-01017-JAB
Middle District of Florida
Jacksonville
Wed Apr 30 13:59:35 EDT 2025

NewLane Finance Company
123 S Broad Street
17th Floor
Philadelphia, PA 19109-1032

Primero Spine and Joint, LLC
13241 Bartram Park Blvd
Suite 2501
Jacksonville, FL 32258-5218

Acuna Griner Investments LLC
3754 Aladdin Acres Drive
Jacksonville, FL 32223-1970

(p)ASCENTIUM CAPITAL
ATTN BANKRUPTCY
23970 US 59 NORTH
KINGWOOD TX 77339-1535

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Duval County Tax Collector
Kelly Papa, Assistant General Counsel
117 West Duval Street, Suite 480
Jacksonville FL 32202-5721

(p)EQUIFAX INC
1550 Peachtree Street NE
Atlanta, GA 30309

Experian
701 Experian Pkwy
Allen, TX 75013-3715

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Forest Richard Koger
2053 Oakmont Drive
Jacksonville, FL 32211-4931

Forward Financing
53 State Street
20th Floor
Boston, MA 02109-2820

Gabriel Busquets
13241 Bartram Park Blvd
Suite 2501
Jacksonville, FL 32258-5218

Gabriel Busquets
645 Brown Bear Run
Saint Johns, FL 32259-9421

(p)HEADWAY CAPITAL
175 W JACKSON BLVD SUITE 1000
CHICAGO IL 60604-2863

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kapitus Incorporated
2500 Wilson Blvd.
ste 350
Arlington, VA 22201-3873

Kathleen Farrell
53 State Street
Boston, MA 02109-2820

Kevin R Jackson
1136 SE 3rd Avenue
Ft Lauderdale, FL 33316-1110

Lease Direct
P.O. Box 6980
Wayne, PA 19087-8701

NCMIC Finanace Corporation
PO Box 4866
Des Moines, IA 50305-4866

New Lane/Laser
123 S Broad St
17th Floor
Philadelphia, PA 19109-1032

Newlane Finance Company
c/o Kevin R. Jackson, Esq.
1136 SE 3rd Avenue
Ft. Lauderdale, FL 33316-1110

Regions Bank
PO Box 10063
Birmingham, AL 35202-0063

SBA
7825 Baymeadows Way
Suite 100-B
Jacksonville, FL 32256-7549

SBA
PO Box 3918
Portland, OR 97208-3918

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220-0001

Transunion
Post Office Box 2000
Chester, PA 19016-2000

U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382

US Attorney's Office
300 N Hogan Street
Suite 700
Jacksonville, FL 32202-4204

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

United States Trustee - JAX 11
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Wells Fargo
Attn Bankruptcy
1 Home Campus
MAC X2303-01A
Des Moines, IA 50328-0001

Donald M. DuFresne
Parker & DuFresne
8777 San Jose Boulevard Suite 301
Jacksonville, FL 32217-4226

Jerrett M McConnell
McConnell Law Group, P.A.
6100 Greenland Road, Unit 603
Jacksonville, FL 32258-7436

William G. Haeberle
4446-I A Hendricks Ave Ste. 245
Jacksonville, FL 32207

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ascentium
23970 US 59
Kingwood, TX 77339

DE LAGE LANDEN FINANCIAL SERVICES, INC.
1111 Old Eagle School Road
Wayne, PA 19087

Equifax Credit Information
Post Office Box 740256
Atlanta, GA 30374-0256

Headway Capital
175 W Jackson Blvd
Suite 1000
Chicago, IL 60604

End of Label Matrix
Mailable recipients     35
Bypassed recipients      0
Total                   35

4/30/25  2:02PM

**Fill in this information to identify the case:**

Debtor name    Primero Spine and Joint, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    3:25-bk-01017-JAB

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*.................................................................    $      0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.............................................................    $      152,190.37

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..............................................................    $      152,190.37

### Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      571,980.25

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $      0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      148,546.89

4. **Total liabilities** ..............................................................................................
   Lines 2 + 3a + 3b      $      720,527.14

| Fill in this information to identify the case: |
|---|

Debtor name    Primero Spine and Joint, LLC

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   3:25-bk-01017-JAB

■ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3.      Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase - Business | Checking Account | | $8,298.00 |

**4.      Other cash equivalents** *(Identify all)*

**5.      Total of Part 1.**

|  | $8,298.00 |
|---|---|

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.      Accounts receivable**

| 11a. 90 days old or less: | 27,619.37 | - | 0.00 | = .... | $27,619.37 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | Primero Spine and Joint, LLC | Case number *(if known)* 3:25-bk-01017-JAB |
|---|---|---|
| | Name | |

**12.**  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$27,619.37

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** Office Furniture - see attached list | $9,793.00 | | $9,793.00 |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** Tract table | $3,530.00 | | $3,530.00 |
| **42.  Collectibles**  *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.**  **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$13,323.00

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.**  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | Primero Spine and Joint, LLC | Case number *(if known)* | 3:25-bk-01017-JAB |
| --- | --- | --- | --- |
| | Name | | |

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Equipment - See attached list | $89,950.00 | | $89,950.00 |
| Ultra Sound Machine | $0.00 | | $13,000.00 |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | |
| --- | --- |
| | $102,950.00 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    Primero Spine and Joint, LLC
_____
          Name

Case number *(If known)*  3:25-bk-01017-JAB
_____

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,298.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $27,619.37 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $13,323.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $102,950.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $152,190.37 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $152,190.37 |

| Furniture | Qty. | Owned/Financed | Approximate Value |
|---|---|---|---|
| Stationary benches (rehab area) | 4 | Owned | $2,400.00 |
| Wood Desk (Dr's office) | 1 | Owned | $350.00 |
| Wood shelves (Dr's office) | 2 | Owned | $300.00 |
| Wood / metal shelves (Adj room) | 1 | Owned | $40.00 |
| Wood / metal desk (Adj room) | 1 | Owned | $68.00 |
| Wood "grey" bottom cabinet | 1 | Owned | $250.00 |
| Wood "grey" upper cabinets | 2 | Owned | $400.00 |
| Wood bottom cabinet (ROF room) | 1 | Owned | $130.00 |
| Wood end table/cabinet (ROF room) | 1 | Owned | $70.00 |
| Wood side tables (X-ray and NP room) | 2 | Owned | $50.00 |
| Metal entry tables | 2 | Owned | $100.00 |
| Metal side table (Lobby) | 1 | Owned | $30.00 |
| TV cabinet | 1 | Owned | $150.00 |
| Plastic chairs | 8 | Owned | $300.00 |
| Upholstered chairs (Lobby) | 4 | Owned | $400.00 |
| Black Upholstered chairs (Lobby) | 4 | Owned | $180.00 |
| Black Upholstered chairs (Rooms) | 8 | Owned | $340.00 |
| Entrance mirror | 1 | Owned | $100.00 |
| Storage shelves | 2 | Owned | $140.00 |
| Stools | 4 | Owned | $120.00 |
| Front Desk Chair | 1 | Owned | $100.00 |
| Desk Chair | 1 | Owned | $75.00 |
| Wood window blinds | 16 | Owned | $2,500.00 |
| Outdoor Sign | 1 | Owned | $400.00 |
| Indoor Sign | 1 | Owned | $800.00 |
| | | Total | $9,793.00 |

| Electronics | Qty. | Owned/Financed | Approximate Value |
|---|---|---|---|
| 50" TV | 1 | Owned | $200.00 |
| Touchscreen computers | 5 | Owned | $1,000.00 |
| Desk computers | 4 | Owned | $2,000.00 |
| Fridge | 1 | Owned | $100.00 |
| Freezer | 1 | Owned | $200.00 |
| Copy machine | 1 | Financed/Lease | |
| Shredder | 1 | Owned | $30.00 |
| | | Total | $3,530.00 |

| Equipment | Qty. | Owned/Financed | Approximate Value |
|---|---|---|---|
| Digital X-ray Machine | 1 | Owned | $40,000.00 |
| E-stim machines | 2 | Owned | $1,200.00 |
| Hydrocollator w/ 6 hot packs | 1 | Owned | $1,600.00 |
| Knee on trac | 1 | Owned | $6,500.00 |
| Shoulder pullies | 1 | Owned | $100.00 |
| Metal carts | 2 | Owned | $600.00 |
| Vibe plate | 1 | Owned | $2,000.00 |
| Marketing Banners | 3 | Owned | $800.00 |
| LighForce Laser | 1 | Financed | $30,000.00 |
| Shockwave | 1 | Owned | $180.00 |
| Everyway 4 all traction table | 1 | Financed | $6,500.00 |
| Massage tables | 2 | Owned | $300.00 |
| Scale | 1 | Owned | $170.00 |
| | | Total | $89,950.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name    Primero Spine and Joint, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    3:25-bk-01017-JAB

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1   **Ascentium** | **Describe debtor's property that is subject to a lien** | $14,347.96 | $13,000.00 |
| --- | --- | --- | --- |
| Creditor's Name | Ultra Sound Machine | | |
| 23970 US 59 | | | |
| Kingwood, TX 77339 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| 2.2   **Forward Financing** | **Describe debtor's property that is subject to a lien** | $25,000.00 | $27,619.37 |
| --- | --- | --- | --- |
| Creditor's Name | 90 days or less: Accounts Receivable | | |
| 53 State Street | | | |
| 20th Floor | | | |
| Boston, MA 02109 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | Non-Purchase Money Security | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

Debtor   Primero Spine and Joint, LLC
         _____
         Name

Case number (if known)   3:25-bk-01017-JAB

---

■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | NCMIC Finanace Corporation |
|-----|---------------------------|

Creditor's Name

PO Box 4866
Des Moines, IA 50305

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
8427

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**Describe debtor's property that is subject to a lien**
Tract table

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,782.57          $3,530.00

---

| 2.4 | New Lane/Laser |
|-----|----------------|

Creditor's Name

123 S Broad St
17th Floor
Philadelphia, PA 19109

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

**Describe debtor's property that is subject to a lien**
Equipment - See attached list

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$30,849.72          $89,950.00

---

| 2.5 | SBA |
|-----|-----|

Creditor's Name

PO Box 3918
Portland, OR 97208

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Chase - Business - Checking Account

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

$498,000.00          $8,298.00

---

| Debtor | Primero Spine and Joint, LLC | Case number (if known) | 3:25-bk-01017-JAB |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ Yes

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☐ Unliquidated

■ No

☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $571,980.25

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Kathleen Farrell<br>53 State Street<br>Boston, MA 02109 | Line  2.2 | |
| SBA<br>7825 Baymeadows Way<br>Suite 100-B<br>Jacksonville, FL 32256 | Line  2.5 | |
| US Attorney's Office<br>300 N Hogan Street<br>Suite 700<br>Jacksonville, FL 32202 | Line  2.5 | |

---

4/30/25  2:02PM

**Fill in this information to identify the case:**

Debtor name ___Primero Spine and Joint, LLC___

United States Bankruptcy Court for the: ___MIDDLE DISTRICT OF FLORIDA___

Case number (if known) ___3:25-bk-01017-JAB___

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address** <br> Chartes Mitchell <br> 139 M Jefferson Street <br> #408 <br> Jacksonville, FL 32204 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:** _Personal Injury Claim_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| **3.2** **Nonpriority creditor's name and mailing address** <br> Headway Capital <br> 175 W Jackson Blvd <br> Suite 1000 <br> Chicago, IL 60604 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Line of Credit_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $25,071.11 |
| **3.3** **Nonpriority creditor's name and mailing address** <br> Kapitus Incorporated <br> 2500 Wilson Blvd. <br> ste 350 <br> Arlington, VA 22202 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Business Loan/MCA_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $81,291.00 |
| **3.4** **Nonpriority creditor's name and mailing address** <br> Regions Bank <br> PO Box 10063 <br> Birmingham, AL 35202 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Credit Card_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $13,245.31 |

20992

| Debtor | Primero Spine and Joint, LLC | | Case number (if known) | 3:25-bk-01017-JAB |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,992.39 |
|---|---|---|---|
| | Regions Bank<br>PO Box 10063<br>Birmingham, AL 35202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Line of Credit _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,947.08 |
|---|---|---|---|
| | Wells Fargo<br>Attn Bankruptcy<br>1 Home Campus<br>MAC X2303-01A<br>Des Moines, IA 50328 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Credit Card _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 148,546.89 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 148,546.89 |

**Fill in this information to identify the case:**

Debtor name _Primero Spine and Joint, LLC_

United States Bankruptcy Court for the: _MIDDLE DISTRICT OF FLORIDA_

Case number (if known) _3:25-bk-01017-JAB_

■ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2025 to Filing Date | ■ Operating a business<br>☐ Other _____ | $47,085.91 |
| For prior year:<br>From  1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $191,803.22 |
| For year before that:<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $318,172.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4/30/25  2:02PM

Debtor    Primero Spine and Joint, LLC _____    Case number *(if known)*  3:25-bk-01017-JAB

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  Acuna Griner Investments LLC<br>3754 Aladdin Acres Drive<br>Jacksonville, FL 32223 | Monthly | $14,745.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Office Lease_ |
| 3.2.  A Plus Digital<br>319 Lombardi Court<br>Orangeburg, SC 29118 | Monthly | $1,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.3.  Facebook/Meta<br>1 Hacker Way<br>Menlo Park, CA 94025 | Monthly | $2,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Primero Spine and Joint, LLC                                          Case number *(if known)*  3:25-bk-01017-JAB

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Forward Finance vs Primero Spine and Joint<br>6-2025-CC-001523 | Recover Monies | Duval County Clerk of Court<br>c/o Jody Phillips<br>501 W. Adams Street<br>Jacksonville, FL 32202 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Kapitus Servicing Inc<br>v.<br>Primero Spine and Joint LLC<br>Gabriel Busquets<br>041CL24004840-00 | Recover Monies | Commonwealth of Virginia<br>Chesterfield County Circuit Court<br>9500 Courthouse Road<br>Chesterfield, VA 23832-0909 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. NewLane Finance Company<br>v.<br>Primero Spine and Joint LLC<br>and Gabriel Busquets<br>December Term 2024 | Breach of contract | Court of Common Pleas<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. Chartres Mitchell<br>v.<br>Primero Spine and Joint<br>2024-SC-02054 | Medical | Duval County Clerk of Court<br>c/o Jody Phillips<br>501 W. Adams Street<br>Jacksonville, FL 32202 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

4/30/25  2:02PM

Debtor    Primero Spine and Joint, LLC                                    Case number *(if known)*  3:25-bk-01017-JAB

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Parker & DuFresne, P.A. 8777 San Jose Blvd., Suite 301 Jacksonville, FL 32217 | Attorney Fees $10,000.00; Costs/Filing Fee $1,800.00 | | $11,800.00 |
| | **Email or website address** bankruptcy@jaxlawcenter.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **4**

| Debtor | Primero Spine and Joint, LLC | Case number *(if known)* | 3:25-bk-01017-JAB |
|---|---|---|---|

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

4/30/25  2:02PM

| Debtor | Primero Spine and Joint, LLC | Case number *(if known)* | 3:25-bk-01017-JAB |

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Accu-Tax and Financial Services<br>11761 Beach Blvd<br>Ste 7<br>Jacksonville, FL 32246 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Debtor    Primero Spine and Joint, LLC _____     Case number *(if known)*  3:25-bk-01017-JAB

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Gabriel Busquets | 13241 Bartram Park Blvd Suite 2501 Jacksonville, FL 32258 | President | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

| Debtor | Primero Spine and Joint, LLC | Case number *(if known)* | 3:25-bk-01017-JAB |
|--------|------------------------------|--------------------------|-------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___April 30, 2025___

/s/ Gabriel Busquets                              Gabriel Busquets
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    Primero Spine and Joint, LLC                                    Case No.    3:25-bk-01017-JAB

                                          Debtor(s)                       Chapter     11

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    April 30, 2025                        /s/ Gabriel Busquets

                                               Gabriel Busquets/President
                                               Signer/Title

Primero Spine and Joint, LLC
13241 Bartram Park Blvd
Suite 2501
Jacksonville, FL 32258

Forward Financing
53 State Street
20th Floor
Boston, MA 02109

Regions Bank
PO Box 10063
Birmingham, AL 35202

Donald M. DuFresne
Parker & DuFresne, P.A.
8777 San Jose Blvd., Suite 301
Jacksonville, FL 32217

Gabriel Busquets
13241 Bartram Park Blvd
Suite 2501
Jacksonville, FL 32258

SBA
PO Box 3918
Portland, OR 97208

Equifax Credit Information
Post Office Box 740256
Atlanta, GA 30374-0256

Gabriel Busquets
645 Brown Bear Run
Saint Johns, FL 32259

SBA
7825 Baymeadows Way
Suite 100-B
Jacksonville, FL 32256

Transunion
Post Office Box 2000
Chester, PA 19022-2002

Headway Capital
175 W Jackson Blvd
Suite 1000
Chicago, IL 60604

US Attorney's Office
300 N Hogan Street
Suite 700
Jacksonville, FL 32202

Experian
701 Experian Pkwy
Allen, TX 75013-3715

Kapitus Incorporated
2500 Wilson Blvd.
ste 350
Arlington, VA 22202

Wells Fargo
Attn Bankruptcy
1 Home Campus
MAC X2303-01A
Des Moines, IA 50328

Acuna Griner Investments LLC
3754 Aladdin Acres Drive
Jacksonville, FL 32223

Kathleen Farrell
53 State Street
Boston, MA 02109

Ascentium
23970 US 59
Kingwood, TX 77339

Lease Direct
P.O. Box  6980
Wayne, PA 19087

Chartes Mitchell
139 M Jefferson Street
#408
Jacksonville, FL 32204

NCMIC Finanace Corporation
PO Box 4866
Des Moines, IA 50305

Forest Richard Koger
2053 Oakmont Drive
Jacksonville, FL 32211

New Lane/Laser
123 S Broad St
17th Floor
Philadelphia, PA 19109

# United States Bankruptcy Court
## Middle District of Florida

In re  Primero Spine and Joint, LLC                                      Case No.    3:25-bk-01017-JAB
                                                    Debtor(s)            Chapter     11

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing , consisting of ___0___ page(s), and that they are true and correct to the best of my knowledge, information, and belief.


Date  April 30, 2025                                   Signature   /s/ Gabriel Busquets
                                                                    Gabriel Busquets
                                                                    President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.